UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **ACE AMERICAN INSURANCE COMPANY,**<br>**as subrogee of Black Watch Alliance LLC**<br><br>    **Plaintiff,**<br>**vs.**<br><br>**F-V Mirage, LLC and Glenn Pachico,**<br><br>    **Defendants.** | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**CORPORATE DISCLOSURE STATEMENT**

Pursuant to F.R.C.P. 7.1, the plaintiff, Ace American Insurance Company, makes the following disclosure:

ACE American Insurance Company is a wholly owned subsidiary of ACE INA Holdings Inc., a Delaware holding company. The ultimate, indirect parent company of ACE American Insurance Company and ACE INA Holdings Corporation is Chubb Limited, a Swiss corporation that is publicly traded on the New York Stock Exchange under the ticker symbol "CB." Chubb Limited is the only entity within the Chubb Group of Companies that is traded on any public exchange. No publicly held corporation other than Chubb limited directly or indirectly owns 10% or more of the stock of ACE American Insurance Company.

                                              For the Plaintiff,
                                              ACE American Insurance Company,
                                              By its attorney,

                                              /s/ Paul F. Cavanaugh
                                              _____
                                              Paul F. Cavanaugh, BBO# 561158
                                              Daly Cavanaugh LLP
                                              27 Mica Lane - Suite 202
                                              Wellesley, MA 02481-1741
                                              Tel. 781-237-0600
                                              Fax. 781-237-6010
DATED:  April 26, 2019                  Email: pfc@dalylaw.com